TJOFLAT, Circuit Judge,
concurring:
For the reasons given in the court’s considered opinion, I concur to affirming the district court in all respects because Ragghianti cannot show that its subcontract entitled it to the damages it sought. I write separately to emphasize that this is a simple dispute between experienced, sophisticated parties who contracted intelligently and voluntarily, as evidenced by their corporate histories and renegotia-tions during the course of dealings. PRBC and Ragghianti entered into a subcontract with Ragghianti to provide the building foundation, slab on grade, miscellaneous concrete, and site concrete to the Project. Ragghianti failed to fully uphold its end of the bargain. As a result, PRBC received damages. Any inference of Ragghianti ex- *911 plotting PRBC as a vulnerable, unseasoned entity is tenuous.